IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TAMMIE KAY TOWNSEND, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | 1:13-CV-367<br>1:11-CR-173 |

**ORDER AND JUDGMENT**

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on January 8, 2014, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636. The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion for Amended Restitution (Doc. 23) is **DENIED.**

This the 11th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE